IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
_____Civil_____ DIVISION

**RECEIVED**
2018 JUN 12 P 2: 17
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Yarash Eli El, Propria Persona )
J▆▆▆ H▆▆▆ Propria Persona )
B▆▆▆ H▆▆▆ Propria Persona )
    Plaintiff(s),                )
                                  )   CIVIL ACTION NO. 2:18-cv-577-MHT
                                  )
                                  )   JURY DEMAND (MARK ONE)
                                  )
         v.                       )   ☒ YES   ☐ NO
W. Troy Massey                    )
EastDale Appartments, Inc.        )
State of Alabama, Inc.            )
    Defendant(s).

## COMPLAINT

1. Plaintiff(s)' address and telephone number: Yarash Eli El c/o: 6725 Cappuano Drive, Montgomery Teritory, Alabama Republic
J.H., B.H. 334-328-6251

2. Name and address of defendant(s): W. Troy Massey, 251 S. Lawrence St. Montgomery, AL 36104 Eastdale Apartments, 203 Eastdale Rd, Montgomery Teritory, Alabama Republic [36117]

3. Place of alleged violation of civil rights: 251 S. Lawrence St. Montgomery, AL 36104

4. Date of alleged violation of civil rights: 7th day of June 2018

5. State the facts on which you base your allegation that your constitutional rights have been violated: The Agent/Trustee, W. Troy Massey, acting under the "Color of law" prevented and deprived plaintiffs due process by denying the Allodial rights and "National Status" of Trustors. The Allodial Aboriginal Paramount Clear Title of Conveyance is an affidavit of Fact and this inferior "Court" has no jurisdiction to deny this writ. As it is not a motion.

1

6. Relief requested: Stay of "judgement", Estoppel. Honor of Writ, /Fine: $1150.00

Date: 12th day of June 2018

Yarash Eli El

Plaintiff(s) Signature

2