IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| YARASH ELI EL, Propria Persona, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| ) | Case No. 2:18cv577-MHT-SMD |
| v. ) | |
| ) | |
| W. Troy Massey, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## RECOMMENDATION OF THE MAGISTRATE JUDGE

On June 12, 2018, Plaintiffs filed a complaint (Doc. 1) against Defendants alleging civil rights violations (Doc. 1) at 1. Plaintiffs also filed a Motion for Leave to Proceed *in forma pauperis* (Doc. 2), which was granted by Order (Doc. 7) of this Court on January 14, 2019. In the Order granting Plaintiffs' motion to proceed *in forma pauperis*, the undersigned directed Plaintiffs to file, on or before February 4, 2019, an amended complaint addressing the deficiencies of Plaintiffs' complaint that were raised in the Order. (Doc. 7). Plaintiffs were specifically warned that "**their failure to amend as required by this order will result in the undersigned's recommendation that this case be dismissed for failure to prosecute this action and abide by the orders of the court**." *Id*. at 6 (emphasis in original).

Plaintiffs have not filed an amended complaint with the Court, and the deadline for doing so has passed. Accordingly, it is the RECOMMENDATION of the Magistrate Judge

that Plaintiffs' Complaint (Doc. 1) be DISMISSED for failure to prosecute and abide by orders of the court.

Further, it is

ORDERED that Plaintiffs are DIRECTED to file any objections to the said Recommendation **on or before April 8, 2019**. Plaintiffs must specifically identify the factual findings and legal conclusions in the Recommendation to which objection is made; frivolous, conclusive, or general objections will not be considered. Failure to file written objections to the Magistrate Judge's findings and recommendations in accordance with the provisions of 28 U.S.C. § 636(b)(1) shall bar Plaintiffs from a *de novo* determination by the District Court of legal and factual issues covered in the Recommendation and waives the right of the party to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions accepted or adopted by the District Court except upon grounds of plain error or manifest injustice. *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982); 11th Cir. R. 3-1; *see Stein v. Lanning Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982); s*ee also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981) (*en banc*). Plaintiffs are advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.

Done this 25th day of March, 2019.

/s/ Stephen M. Doyle
UNITED STATES MAGISTRATE JUDGE