IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| YARASH ELI EL, Propria Persona, et al., ) ) ) Plaintiffs, ) ) v. ) ) ) W. TROY MASSEY, et al., ) ) Defendants. ) | CIVIL ACTION NO. 2:18cv577-MHT (WO) |

OPINION

Plaintiffs filed this lawsuit asserting that defendants violated their civil rights. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiffs' case be dismissed without prejudice. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 20th day of May, 2019.

                              /s/ Myron H. Thompson
                            **UNITED STATES DISTRICT JUDGE**